AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| SULLIVAN | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 00 C 5060 |
| CBS CORP., et al. | |

**DOCKETED**
**APR 1 5 2002**

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants and against plaintiff.

Michael W. Dobbins, Clerk of Court

Date: 4/8/2002

Jacquelyn H. Collier, Deputy Clerk